Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
334 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com
         service@moorelawfirm.com

Attorney for Plaintiff,
Jose Escobedo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>  Plaintiff,<br><br>vs.<br><br>ELSA MARIA ZAMORANO, et al.,<br><br>  Defendants. | No. 1:24-cv-00339-JLT-HBK<br><br>**NOTICE OF TENTATIVE SETTLEMENT OF ENTIRE ACTION** |

Plaintiff Jose Escobedo hereby reports that the parties have tentatively reached a full and complete settlement of Plaintiff's claims, pending signatures on the mutually approved settlement agreement. Plaintiff requests until June 21, 2024 to finalize settlement and file a request for dismissal of the action.

Dated: May 31, 2024                                  MOORE LAW FIRM, P.C.

                                                     */s/ Tanya E. Moore*
                                                     Tanya E. Moore
                                                     Attorney for Plaintiff,
                                                     Jose Escobedo